EXHIBIT G

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

---

**SCHEDULE 14C**

**INFORMATION STATEMENT**

Information Statement Pursuant to Section 14(c) of the Securities Exchange Act of 1934
Check the appropriate box:

| | |
|---|---|
| [ ] | Preliminary Information Statement |
| [ ] | Confidential, For Use of the Commission Only (as permitted by Rule 14c-5(d)(2)) |
| [X] | Definitive Information Statement |

**Health Directory, Inc.**
(Name of Registrant As Specified in Charter)

**Nevada**
(State or other Jurisdiction of Incorporation or Organization)

| | **1 Hampshire Court** | |
|---|---|---|
| **333-174581** | **Newport Beach, CA 92660** | **80-0651816** |
| (Commission File Number) | (Address of Principal Executive Offices and zip code) | (IRS Employer Identification No) |

Payment of Filing Fee (Check the appropriate box):

| | |
|---|---|
| [X] | No Fee Required. |
| [ ] | Fee computed on table below per Exchange Act Rules 14c-5(g) and 0-11. |
| (1) | Title of each class of securities to which transaction applies: |
| (2) | Aggregate number of securities to which transaction applies: |
| (3) | Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined: |
| (4) | Proposed maximum aggregate value of transaction: |
| (5) | otal fee paid: |
| [ ] | Fee paid previously with preliminary materials: |
| [ ] | Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing. |

# HEALTH DIRECTORY, INC.
## 1 HAMPSHIRE COURT
### NEWPORT BEACH, CA 92660

Notice of Action by Written Consent
of a
Majority of the Outstanding Common Shares
taken as of July 30, 2012

TO THE STOCKHOLDERS OF HEALTH DIRECTORY, INC.

Health Directory, Inc. ("we" "us" "our" or "Company") hereby gives notice to its stockholders that the holders of a majority of the Company's outstanding shares of common stock ("Common Stock"), have taken action by written consent to:

1.      Approve the amendment to the Company's Articles of Incorporation to change the name of the Company from Health Directory, Inc. to Sollensys Corp.

2.      Approve the amendment to the Company's Articles of Incorporation to increase the common shares to 1,500,000,000 and increase the preferred shares to 25,000,000.

The stockholders have approved the corporate actions in lieu of a special meeting pursuant to Section 78.320 of the Nevada Revised Statues "NRS", which permits any action that may be taken at a meeting of the stockholders to be taken by the written consent to the action by the holders of the number of shares of voting stock required to approve the action at a meeting. All necessary corporate approvals in connection with the matters referred to in this information statement have been obtained. This information statement is being furnished to all of our stockholders pursuant to Section 14(c) of the Securities and Exchange Act of 1934 ("Exchange Act"), and the rules thereunder, solely for the purpose of informing stockholders of these corporate actions before they take effect. In accordance with Rule 14c-2 under the Exchange Act, the stockholder consent will take effect 21 calendar days following the mailing of this information statement.

The details of the foregoing actions and other important information are set forth in the accompanying Information Statement.

This action has been approved by our Board of Directors and the holders of more than a majority of the Company's common shares outstanding. Only stockholders of record at the close of business on August 1, 2012 are being given Notice of the Action by Written Consent. The Company is not soliciting proxies.

By Order of the Board of Directors of
HEATH DIRECTORY, INC.

*/s/ Rowland W. Day*
*Chief Executive Officer*

Newport Beach, CA
August 1, 2012

## WE ARE NOT ASKING YOU FOR A PROXY

## AND

## YOU ARE REQUESTED NOT TO SEND US A PROXY

2

# HEALTH DIRECTORY, INC.
## 1 HAMPSHIRE COURT
## NEWPORT BEACH, CA 92660

### INFORMATION STATEMENT

## 1.    GENERAL INFORMATION

### ACTION BY THE HOLDERS OF A MAJORITY OF SHARES

We are furnishing this Information Statement to all holders of our Common Stock, to provide you with information regarding, and a description of an action which was taken by written consent in lieu of a special meeting of stockholders by the holder of a majority of our common stock on July 30, 2012, subject to the expiration of 20 days following the mailing of this Information Statement to our stockholders as required under Rule 14c-2 under the Exchange Act. Effective July 30, 2012, the holder of 3,000,000 shares, or approximately 79% of the Company's then outstanding voting securities, executed a written consent in accordance with Section 78.320 of the NRS, approving the amendment to the Articles of Incorporation to change the Company's name to Sollensys Corp. and increase the common shares to 1,500,000,000 and increase the preferred shares to 25,000,000.

**WE ARE NOT ASKING YOU FOR A PROXY AND YOU ARE REQUESTED NOT TO SEND US A PROXY.**

**This not a notice of a special meeting of stockholders and no stockholders meeting will be held to consider any matter described in this Information Statement.**

**Stockholder owning of record more than 79% of our outstanding voting securities has irrevocably consented to the amendment of Articles of Incorporation to change the Company's name to Sollensys Corp. and increase the authorized common and preferred shares. The vote or consent of no other holders of our capital stock is required to approve this action. Accordingly, no additional votes will be needed to approve this action.**

This Information Statement is being mailed on or about August 13, 2012 to stockholders of record on August 1, 2012 (the "Record Date"). This Information Statement is being delivered only to inform you of the corporate action described herein in accordance with Rule 14c-2 under the Exchange Act.

**DISSENTER'S RIGHT OF APPRAISAL**

Under Nevada law and our articles of incorporation and bylaws, no stockholder has any right to dissent to the adoption of stock option plan, or the proposed name change, and is not entitled to appraisal of or payment for their shares of our stock.

### CORPORATE ACTIONS

### AMENDMENT TO ARTICLES OF INCORPORATION
### TO CHANGE NAME TO SOLLENSYS CORP.
### (ITEM 1)

On July 30, 2012, the action to amend the Company's Articles of Incorporation to change the Company's name from Health Directory, Inc. to Sollensys Corp., (the "Amendment") was approved by written consent of the holder representing approximately 79% of the outstanding voting securities of the Company.

On July 30, 2012, the Board of Directors of the Company approved the Amendment. The Amendment to be filed with the Nevada Secretary of State is attached to this Information Statement as Exhibit A.

The approval of the Amendment requires the affirmative vote of a majority of the shares of voting securities outstanding and entitled to vote. On July 30, 2012, the action to approve the Amendment was approved by written consent of the holder representing approximately 79% of the outstanding voting securities of the Company. As such, no vote or future action of the stockholders of the Company is required to approve the Amendment. You are hereby being provided with notice of the approval of the Amendment.

3

**AMENDMENT TO ARTICLES OF INCORPORATION**
**TO INCREASE THE AUTHORIZED COMMON SHARES TO 1,500,000,000 AND**
**INCREASE THE AUTHORIZE PREFERRED SHARES TO 25,000,000**
**ITEM 2**

On July 30, 2012, the action to amend the Company's Articles of Incorporation to increase the authorized common shares to 1,500,000,000 and to increase the authorized preferred shares to 25,000,000 was approved by written consent of the holder representing approximately 79% of the outstanding voting securities of the Company.

On July 30, 2012, the Board of Directors of the Company approved the Amendment. The Amendment to be filed with the Nevada Secretary of State is attached to this Information Statement as Exhibit A.

PURPOSE OF THE INCREASE OF AUTHORIZED COMMON SHARES

The Board of Directors approved the Amendment to further the Company's best interest to have additional authorized but unissued shares of common shares available in order to provide (a) flexibility for future corporate action; (b) raise additional capital by issuing additional shares of Common Stock or granting warrants for the future purchase of Common Stock; (c) the need to grant additional options to purchase Common Stock to attract qualified employees and consultants; and (d) the need to issue additional shares of common stock or securities convertible into Common Stock in connection with strategic corporate transactions, acquisitions, and other business arrangements and corporate purposes, is desirable to avoid repeated separate amendments to our Articles of Incorporation and the delay and expense incurred in amending the Articles of Incorporation. The Company intends to assess its need to issue securities for the corporate purposes described above and we believe that we need to be in a position to take advantage of opportunities when they arise or when we have a need. The Board of Directors believes that the currently available unissued shares do not provide sufficient flexibility for corporate action in the future.

Currently, there is no plan to issue any securities for the corporate purposes described above. In the event any securities are issued in the future, shareholders may suffer dilution to their ownership of the Company at the time of the issuance of the securities. No additional corporate action is needed to issue any additional securities. The Company may even issue securities as a defensive mechanism in order to attempt to stop a hostile take over by another company; there is no plan to do this at this time.

PURPOSE OF THE INCREASE OF AUTHORIZED PREFERRED SHARES

The Board of Directors approved the Amendment to further the Company's best interest to have additional authorized but unissued preferred shares available in order to provide (a) flexibility for future corporate action; (b) to further the Company's best interest to have preferred shares in order to raise additional capital and to be used for corporate opportunities; and (c) the need to issue shares of preferred stock or securities convertible into Common Stock in connection with strategic corporate transactions, acquisitions, and other business arrangements and corporate purposes, is desirable to avoid repeated separate amendments to our Articles of Incorporation and the delay and expense incurred in amending the Articles of Incorporation. The Company intends to assess its need to issue preferred shares for the corporate purposes described above and we believe that we need to be in a position to take advantage of opportunities when they arise or when we have a need. The Board of Directors believes that the currently available unissued shares do not provide sufficient flexibility for corporate action in the future.

Currently, there is no plan to issue any preferred shares for the corporate purposes described above. In the event any preferred shares are issued in the future, shareholders may suffer dilution to their ownership of the Company at the time of the issuance of the preferred shares. No additional corporate action is needed to issue any preferred shares. The Company may even issue preferred shares as a defensive mechanism in order to attempt to stop a hostile take over by another company; there is no plan to do this at this time.

EFFECTIVE DATE OF AMENDMENT

The Amendment to our Articles of Incorporation will become effective upon the filing with the Nevada Secretary of State of a Certificate of Amendment to our Articles of Incorporation. We intend to file the Certificate of Amendment twenty-one days after this Information Statement is first mailed to shareholders.

EFFECT ON CERTIFICATES EVIDENCING SHARES OF HEALTH DIRECTORY, INC.

The change in the name of Health Directory, Inc. to Sollensys Corp. will be reflected in its stock records by book-entry in Health Directory, Inc.'s books. For those shareholders that hold physical certificates, please do not destroy or send to Health Directory, Inc. your common stock certificates. Those certificates will remain valid for the number of shares shown thereon, and should be carefully preserved by you.

4

There will be no other effect on your rights or interest in shares of the Company that you hold. There are no material US Federal Income Tax consequence to either the Company or its shareholders from the Amendment.

VOTING SECURITIES

The Company's authorized capital consisted of 500,000,000 shares of Common Stock, $0.001 par value, and 10,000,000 shares of Preferred Stock, par value $0.001. There are currently 3,759,400 common shares outstanding. No preferred shares are outstanding.

The holders of Common Stock are entitled to one vote for each share held of record on all matters submitted to a vote of the holders of Common Stock. Subject to preferences applicable to any outstanding preferred stock, if any, holders of Common Stock are entitled to receive ratably such dividends as may be declared by the Board of Directors out of funds legally available therefore. In the event of a liquidation, dissolution or winding up of Health Directory, Inc., the holders of Common Stock are entitled to share ratably all assets remaining after payment of liabilities and the liquidation preference of any preferred stock, if any. Holders of Common Stock have no preemptive or subscription rights, and there are no redemption or conversion rights with respect to such shares.

In the event of any liquidation, dissolution or winding up of Health Directory, Inc., the assets of Health Directory, Inc. available for distribution to shareholders will be distributed among the holders of preferred stock, if any, and the holders of any other class of equity securities of Health Directory, Inc., including its common stock, pro rata, on an as-converted-to-common-stock basis, after the payment to the holders of Health Directory, Inc. Common Stock of a di minimus par value amount.

DIRECTORS AND EXECUTIVE OFFICERS

The following lists the name, age and business experience of the Health Directory, Inc. director and executive officer.

| Name | Age | Position |
|------|-----|----------|
| Rowland W. Day | 78 | Chief Executive Officer, President, Chief Financial Officer Secretary and Director |

**Rowland W. Day, 78 years of age, Chief Executive Officer, President, Chief Financial Officer, Secretary and Director.**

Rowland W. Day, 78 years of age, President, Chief Executive Officer, Chief Financial Officer, Secretary and Director. From 2002 to 2011 Mr. Day was the Chief Executive Officer of ROI Healthcare Solutions LLC and from late 2011 to the present has been a consultant to the health care industry.

**Director Compensation.** Directors are reimbursed for expenses incurred by attending Board of Directors' meetings. They are not currently paid any other compensation for their services on the Board. The Company has entered into an indemnification agreement with the director.

DISCLOSURES

The Company is not aware of any current substantial interest, direct or indirect, by security holdings or otherwise, of: i) any of the Company's current or prior officers or directors, ii) any nominee for election as a director of the Company, or iii) any associate of the persons mentioned in subsections i) and ii) above.

The Company's sole director has voted in favor of the actions.

SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS

The following table sets forth certain information regarding the Company's common stock beneficially owned on July 30, 2012, for (i) each stockholder known to be the beneficial owner of 5% or more of Company's outstanding common stock, (ii) each executive officer and director, and (iii) all executive officers and directors as a group. In general, a person is deemed to be a "beneficial owner" of a security if that person has or shares the power to vote or direct the voting of such security, or the power to dispose or to direct the disposition of such security. A person is also deemed to be a beneficial owner of any securities of which the person has the right to acquire beneficial ownership within 60 days.

5

As of July 30, 2012, the Company has 3,759,400 shares of common stock outstanding.

| Name of Beneficial Owner | Amount | Percent |
|---|---|---|
| Rowland W. Day, CEO, President,  CFO, Secretary, and Director | -0- | -0- |
| Harari Holdings, Inc. | 300,000 | 7.98% |
| Russell Assets S.A. | 300,000 | 7.98% |
| Middle East Ventures FZE | 3,000,000 | 79.8% |
| All Executive Officers and Directors As a Group (1 persons) | | -0- |

## COPIES OF INFORMATION STATEMENT

Only one Information Statement is being delivered to multiple security holders sharing an address unless we have received contrary instructions from one or more of the security holders.  We hereby undertake promptly to deliver, upon written or oral request, a separate copy of this Information Statement to a security holder at a shared address to which a single copy of the Information Statement was delivered.  In order to request additional copies of this Information Statement or to request delivery of a single copy of this Information Statement if you are receiving multiple copies, please contact us by mail at 1 Hampshire Court, Newport Beach, CA 92660.

## ADDITIONAL INFORMATION

We file annual reports on Form 10-K, quarterly reports of Form 10-Q, current reports on Form 8-K or Form 8-K/A, proxy statements and other information with the SEC under the Exchange Act.  You may read and copy this information at the SEC's Public Reference Room at 100 F Street, NE, Washington, D.C. 20549.  Please call the SEC at (800) 732-0330 for further information on the operation of the SEC's Public Reference Room.  The SEC also maintains an internet site that contains reports, proxy statements and other information about issuers, like us, who file electronically with the SEC.  The address of the SEC's web site is www.sec.gov.

The following documents as filed with the Commission by the Company are incorporated herein by reference:

Quarterly Report on Form 10-Q for the quarter ended September 30, 2011
Quarterly Report on Form 10-Q/A for the quarter ended September 30, 2011
Quarterly Report on Form 10-Q for the quarter ended December 31, 2011
Annual Report on Form 10-K for the year ended March 31, 2012.
Current Report on Form 8-K dated July 24, 2012

By Order of the Board of Directors,

*/s/ Rowland W. Day*

Rowland W. Day
Chief Executive Officer and Director
Dated:  August 1, 2012

6

**EXHIBIT A**
**Amended Articles of Incorporation**

**Certificate of Amendment to Articles of Incorporation**
**For Nevada Profit Corporations**

**(Pursuant to NRS 78.385 and 78.390 – After Issuance of Stock)**

**1. Name of corporation:**

Health Directory, Inc.

**2. The articles have been amended as follows: (provide article numbers, if available)**

Article 1. The name of the corporation shall be Sollensys Corp.

Article 3. Authorized Shares.

The aggregate number of shares which the Corporation shall have the authority to issue shall consist of 1,500,000,000 shares of Common Stock having a $0.001 par value and 25,000,000 shares of Preferred Stock having $0.001 par value. The Common and/or Preferred Stock of the Corporation may be issued from time to time without prior approval of the shareholders. The Common and/or Preferred Stock may be issued for such consideration as may be fixed from time to time by the Board of Directors.

The Board of Directors may issue such shares of Common and/or Preferred Stock in one or more series, with such voting powers, designations, preferences and rights or qualifications, limitations or restrictions thereof as shall be stated in the resolution or resolutions.  Simultaneously with the filing of this Certificate of Amendment with the Nevada Secretary of State in accordance with the NRS, each share of the Corporation's Common Stock then outstanding shall be automatically split into 131.69 of Common Stock.

**3. The vote by which the stockholders holding shares in the corporation entitling them to exercise a least a majority of the voting power, or such greater proportion of the voting power as may be required in the case of a vote by classes or series, or as may be required by the provisions of the articles of incorporation have voted in favor of the amendment is:** 79.8%

**4. Effective date and time of filing: (optional)**

**5. Signature: (required)**

_____
Signature of Officer

\

EXHIBIT H

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

### WASHINGTON, D.C. 20549

## FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 OR 15(d) of
The Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported):  September 27, 2012

# MOVIE TRAILER GALAXY, INC.

(Exact name of registrant as specified in its charter)

| Nevada | 333-169970 | 32-0309203 |
|---|---|---|
| (State of other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

11022 Aqua Vista Street, Suite 10
Studio City, CA 91602
(Address of principal executive office)

**(310) 746-6464**
(Registrant's telephone number, including area code)

(Former name, former address and former fiscal year, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

[ ]  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

[ ]  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

[ ]  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

[ ]  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

12/21/2016                                                                                               8k

### Item 1.01  Entry into a Material Definitive Agreement

On September 11, 2012, a Common Stock Purchase Agreement between Movie Trailer Galaxy, Inc. and Stephanie Wyss ("Seller") and Robert Roon ("Purchaser"), was entered into for the sale and purchase by Robert Roon of One Million Five Hundred Thousand (1,500,000) shares of Common Stock, par value $0.0001, of Movie Trailer Galaxy, Inc. ("Registrant"), representing approximately 82.3% of the Registrant's issued and outstanding common shares.  The shares to be sold represent all of the Seller's interest in and to any securities of Registrant.  The sale of the shares was completed on September 24 2012.

There is no family relationship or other relationship between the Seller and Purchaser and there are no arrangements or understanding among the members of the former or new control group with respect to election of directors or other matters.

Pursuant to the terms of the Common Stock Purchase Agreement, the Purchaser acquired 1,500,000 shares of the Registrant's Common Stock, par value $0.0001, for a total of Twenty Five Thousand ($25,000) US Dollars, the "Purchase Price".

This was a private transaction between Seller and Purchaser and no new shares of the Registrant were sold or issued.

### Item 5.01  Changes in Control of Registrant

The information required by this Item 5.01 is incorporated herein by reference to Item 1.01, Entry into a Material Definitive Agreement and Item 5.02, Departure of Directors or Certain Officers; Election of Directors, Appointment of Principal Officers; Compensatory Arrangements of Certain Officers.

All funds ($25,000 US Dollars) for the purchase of 1,500,000 shares of the Registrant's Common Stock, par value $0.0001, were provided from the Purchaser's personal funds.

### Item 5.02.  Departures of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers

Effective September 25, 2012, the board of directors appointed Robert S. Roon to fill a vacancy on the board of directors.

Stephanie Wyss, the Company's Chief Executive Officer, Chief Financial Officer, Secretary, Treasurer and Director resigned from the board of directors and resigned as the Company's Chief Executive Officer, Chief Financial Officer, Secretary, Treasurer and Director.  Robert S. Roon was appointed as the Company's President, Chief Executive Officer, Chief Financial Officer, Treasurer, Secretary and Director.  Ms. Stephanie Wyss resignation as both an officer and director was not the result of any disagreement with the Company on any matter relating to the Company's operations, policies or practices.

Robert S. Roon, 52, Chairman and Chief Executive Officer of Vertical Communications LLC for the past 5 years. Vertical Communications is an investment banking, social media company with offices in Florida and New Jersey.  Mr. Roon has over 30 years of experience in the investment banking industry.

As of the date of this filing, there has not been any material plan, contract or arrangement (whether or not written) to which Mr. Roon is a party in connection with this appointment as a director and an officer of this Company.

2

No transactions occurred in the last two years to which the Company was a party in which Mr. Roon had or is to have a direct or indirect material interest.

**Item 9.01  Financial Statements and Exhibits**

The exhibits listed in the following Exhibit Index are filed as part of this Current Report on Form 8-K.

| Exhibit No. | Description |
|---|---|
| 2.1 | Common Stock Purchase Agreement dated September 11, 2012 |

3

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

| | |
|---|---|
| | Movie Trailer Galaxy, Inc. |
| Date:  September 27, 2012 | By:_/s/ Robert S. Roon_ |
| | Robert S. Roon |
| | Chief Executive Officer |

4

EXHIBIT I

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**WASHINGTON, D.C. 20549**

## FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 OR 15(d) of**
**The Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported):  October 1, 2012

# MOVIE TRAILER GALAXY, INC.

(Exact name of registrant as specified in its charter)

| Nevada | 333-169970 | 32-0309203 |
|---|---|---|
| (State of other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

5045 Orbitor Drive
Building 10, Suite 200
Mississauga, Ontario, Canada L4W-4Y4
(Address of principal executive office)

**(877) 216-9586**
(Registrant's telephone number, including area code)

11022 Aqua Vista Street, Suite 10, Studio City, CA 91602
(Former name, former address and former fiscal year, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

[   ] Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

[   ] Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

[   ] Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

[   ] Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 1.01  Entry into a Material Definitive Agreement**

On September 27, 2012, an Asset Purchase Agreement was entered into for the purchase, transfer and assignment of various exploration licenses from Matteo Sacco ("Seller") to Movie Trailer Galaxy, Inc. ("Purchaser").  The exploration licenses were originally issued to Seller from the Nova Scotia Department of Natural Resources.  The Purchaser will issue five hundred thirty three thousand four hundred eighty seven (533,487) common shares for the acquisition of the exploration licenses to the Seller.  The Purchaser's sole director, Robert S. Roon, will cancel one million five hundred thousand (1,500,000) shares of common stock that are held by him which represents approximately 84.2% of the Purchaser's issued and outstanding shares.  Upon cancellation of the shares held by Mr. Roon, the Seller will own approximately 68.3% of the Purchaser's issued and outstanding common shares.

There is no family relationship or other relationship between the Seller and Purchaser and there are no arrangements or understanding among the members of the former or new control group with respect to election of directors or other matters.

**Item 5.01  Changes in Control of Registrant**

The information required by this Item 5.01 is incorporated herein by reference to Item 1.01, Entry into a Material Definitive Agreement and Item 5.02, Departure of Directors or Certain Officers; Election of Directors, Appointment of Principal Officers; Compensatory Arrangements of Certain Officers.

**Item 5.02.  Departures of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers**

Effective September 27, 2012, the board of directors appointed Matteo Sacco to fill a vacancy on the board of directors.

Robert S. Roon, the Company's Chief Executive Officer, Chief Financial Officer, Secretary, Treasurer and Director resigned as the Company's Chief Executive Officer, Chief Financial Officer, Secretary, and Treasurer.  Matteo Sacco was appointed as the Company's President, Chief Executive Officer, Chief Financial Officer and Secretary.  Robert Roon's resignation as an officer was not the result of any disagreement with the Company on any matter relating to the Company's operations, policies or practices.

Matteo Sacco, age 56.  From 2007 to the present, Mr. Sacco has been the President and CEO of Hearatlast.  Hearatlast has licensed 22 hearing aid stores in various WalMarts in Canada.

As of the date of this filing, there has not been any material plan, contract or arrangement (whether or not written) to which Mr. Sacco is a party in connection with this appointment as a director and an officer of this Company.

No transactions occurred in the last two years to which the Company was a party in which Mr. Sacco had or is to have a direct or indirect material interest.

2

**Item 8.01  Other Events**

Effective September 28, 2012, the executive office will be located at 5045 Orbitor Drive, Building 10, Suite 200, Mississauga, Ontario, Canada L4W-4Y4.  The telephone is (877) 216-9568.

**Item 9.01  Financial Statements and Exhibits**

The exhibits listed in the following Exhibit Index are filed as part of this Current Report on Form 8-K.

| Exhibit No. | Description |
|---|---|
| 2.1 | Asset Purchase Agreement dated September 27, 2012 |

3

**SIGNATURES**

     Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

|  | Movie Trailer Galaxy, Inc. |
|---|---|
| Date:  October 1, 2012 | By:/s/ *Matteo Sacco* |
|  | Matteo Sacco |
|  | Chief Executive Officer |

4

EXHIBIT J

DEF 14C 1 motg_def14c.htm DEFINITIVE INFORMATION STATEMENT

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

---

**SCHEDULE 14C**

**INFORMATION STATEMENT**

Information Statement Pursuant to Section 14(c) of the Securities Exchange Act of 1934
Check the appropriate box:

| | |
|---|---|
| [  ] | Preliminary Information Statement |
| [  ] | Confidential, For Use of the Commission Only (as permitted by Rule 14c-5(d)(2)) |
| [X] | Definitive Information Statement |

**Movie Trailer Galaxy, Inc.**
(Name of Registrant As Specified in Charter)

**Nevada**
(State or other Jurisdiction of Incorporation or Organization)

| **333-169970** | **5045 Orbitor Drive** | **32-0309203** |
|---|---|---|
| (Commission File Number) | **Building 10, Suite 200** | (IRS Employer Identification No) |
| | **Mississauga, Ontario** | |
| | **Canada L4W 4Y4** | |
| | (Address of Principal Executive | |
| | Offices and zip code) | |

Payment of Filing Fee (Check the appropriate box):

| | |
|---|---|
| [X] | No Fee Required. |
| [  ] | Fee computed on table below per Exchange Act Rules 14c-5(g) and 0-11. |
| (1) | Title of each class of securities to which transaction applies: |
| (2) | Aggregate number of securities to which transaction applies: |
| (3) | Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined: |
| (4) | Proposed maximum aggregate value of transaction: |
| (5) | Total fee paid: |
| [  ] | Fee paid previously with preliminary materials: |
| [  ] | Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously.  Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing. |

**MOVIE TRAILER GALAXY, INC.**
**5045 Orbitor Drive**
**Building 10, Suite 200**
**Mississauga, Ontario**
**Canada L4W 4Y4**

Notice of Action by Written Consent
of a
Majority of the Outstanding Common Shares
taken as of September 26, 2012

TO THE STOCKHOLDERS OF MOVIE TRAILER GALAXY, INC.

Movie Trailer Galaxy, Inc. ("we" "us" "our" or "Company") hereby gives notice to its stockholders that the holders of a majority of the Company's outstanding shares of common stock ("Common Stock"), have taken action by written consent to:

1.   Approve the amendment to the Company's Articles of Incorporation to change the name of the Company from Movie Trailer Galaxy, Inc. to Brookfield Resources Inc.

2.   Approve the amendment to the Company's Articles of Incorporation to reduce the authorized common shares to 900,000,000 after taking into effect the Certificate of Change that increased the outstanding shares and the authorized common shares by a multiple of 560 to 1. The Certificate of Change was filed on September 17, 2012 and will be effective on October 2, 2012.

The stockholders have approved the corporate actions in lieu of a special meeting pursuant to Section 78.320 of the Nevada Revised Statues "NRS", which permits any action that may be taken at a meeting of the stockholders to be taken by the written consent to the action by the holders of the number of shares of voting stock required to approve the action at a meeting. All necessary corporate approvals in connection with the matters referred to in this information statement have been obtained. This information statement is being furnished to all of our stockholders pursuant to Section 14(c) of the Securities and Exchange Act of 1934 ("Exchange Act"), and the rules thereunder, solely for the purpose of informing stockholders of these corporate actions before they take effect. In accordance with Rule 14c-2 under the Exchange Act, the stockholder consent will take effect 21 calendar days following the mailing of this information statement.

The details of the foregoing actions and other important information are set forth in the accompanying Information Statement.

This action has been approved by our Board of Directors and the holders of more than a majority of the Company's common shares outstanding. Only stockholders of record at the close of business September 26, 2012 are being given Notice of the Action by Written Consent. The Company is not soliciting proxies.

By Order of the Board of Directors of
MOVIE TRAILER GALAXY, INC.

/s/ _Mateo Sacco_
_Chief Executive Officer_

October 22, 2012

**WE ARE NOT ASKING YOU FOR A PROXY**

**AND**

**YOU ARE REQUESTED NOT TO SEND US A PROXY**

# MOVIE TRAILER GALAXY, INC.
**5045 Orbitor Drive**
**Building 10, Suite 200**
**Mississauga, Ontario**
**Canada L4W 4Y4**

## INFORMATION STATEMENT

### 1.    GENERAL INFORMATION

## ACTION BY THE HOLDERS OF A MAJORITY OF SHARES

We are furnishing this Information Statement to all holders of our Common Stock, to provide you with information regarding, and a description of an action which was taken by written consent in lieu of a special meeting of stockholders by the holder of a majority of our common stock on September 26, 2012, subject to the expiration of 20 days following the mailing of this Information Statement to our stockholders as required under Rule 14c-2 under the Exchange Act. Effective September 26, 2012, the holder of 1,500,000 shares, or approximately 82% of the Company's then outstanding voting securities, executed a written consent in accordance with Section 78.320 of the NRS, approving the amendment to the Articles of Incorporation to change the Company's name to Brookfield Resources Inc. and reduce the common shares to 900,000,000.

## WE ARE NOT ASKING YOU FOR A PROXY AND YOU ARE REQUESTED NOT TO SEND US A PROXY.

**This not a notice of a special meeting of stockholders and no stockholders meeting will be held to consider any matter described in this Information Statement.**

## ANTI-TAKEOVER EFFECTS

Release No. 34-15230 of the staff of the SEC requires disclosure and discussion of the effects of any proposal that may be used as an anti-takeover device. Although not a factor in the decision by our Board to effect the effective reduction of our authorized shares of common stock, one of the effects of having additional shares of our authorized common stock available for issuance may be to enable the Board to render more difficult or to discourage an attempt to obtain control of the Company by means of a merger, tender offer, proxy consent, or otherwise and thereby protect the continuity of the then present management. Unless prohibited by the regulations of applicable law or agreements or restrictions, a sale of shares of common stock by us or other transactions in which the number of our outstanding shares of common stock would be increased could dilute the interest of a party attempting to obtain control of us. The available authorized common stock may make it more difficult for, prevent or deter a third-party from acquiring control of the Company or changing our Board and management, as well as inhibit fluctuations in the market price of our shares that could result from actual or rumored takeover attempts.

The change of our authorized shares of common stock is not being proposed in response to any effort of which we are aware to accumulate shares of common stock or obtain control of the Company. While it is possible that our management could use the authorized shares of common stock to resist or frustrate a third-party transaction providing an above-market premium that is favored by a majority of stockholders, we do not intend to construct or enable any anti-takeover defense or mechanism on its behalf. We have no intent or plans to employ the authorized shares of common stock as an anti-takeover device and do not have any plans or proposals to adopt any other provisions or enter into other arrangements that may have material anti-takeover consequences.

In addition to the change of our authorized shares of common stock, provisions of our governing document and applicable provisions of Nevada law may also have anti-takeover effects, making it more difficult for or preventing a third-party from acquiring control of the Company or changing our Board and management. These provisions may also have the effect of deterring hostile takeovers or delaying changes in the Company's control or in our management.

A Stockholder owning of record more than 82% of our outstanding voting securities has irrevocably consented to the amendment of Articles of Incorporation to change the Company's name to Brookfield Resources Inc. and to reduce the authorized common. The vote or consent of no other holders of our capital stock is required to approve this action. Accordingly, no additional votes will be needed to approve this action.

This Information Statement is being mailed on or about October 24, 2012 to stockholders of record on September 26, 2012 (the "Record Date"). This Information Statement is being delivered only to inform you of the corporate action described herein in accordance with Rule 14c-2 under the Exchange Act.

**DISSENTER'S RIGHT OF APPRAISAL**

Under Nevada law and our articles of incorporation and bylaws, no stockholder has any right to dissent to the adoption of stock option plan, or the proposed name change, and is not entitled to appraisal of or payment for their shares of our stock.

<u>**CORPORATE ACTIONS**</u>

**AMENDMENT TO ARTICLES OF INCORPORATION**
**TO CHANGE NAME TO BROOKFIELD RESOURCES INC.**
**ITEM 1**

On September 26, 2012, the action to amend the Company's Articles of Incorporation to change the Company's name from Movie Trailer Galaxy, Inc. to Brookfield Resources Inc., (the "Amendment") was approved by written consent of the holder representing approximately 82% of the outstanding voting securities of the Company.

On September 26, 2012, the Board of Directors of the Company approved the Amendment. The Amendment to be filed with the Nevada Secretary of State is attached to this Information Statement as Exhibit A.

The approval of the Amendment requires the affirmative vote of a majority of the shares of voting securities outstanding and entitled to vote. On September 26, 2012, the action to approve the Amendment was approved by written consent of the holder representing approximately 82% of the outstanding voting securities of the Company. As such, no vote or future action of the stockholders of the Company is required to approve the Amendment. You are hereby being provided with notice of the approval of the Amendment.

**AMENDMENT TO ARTICLES OF INCORPORATION**
**TO REDUCE THE AUTHORIZED COMMON SHARES TO 900,000,000**
**ITEM 2**

On September 26, 2012, the action to amend the Company's Articles of Incorporation to reduce the authorized common shares to 900,000,000 was approved by written consent of the holder representing approximately 82% of the outstanding voting securities of the Company.

On September 26, 2012, the Board of Directors of the Company approved the Amendment. The Amendment to be filed with the Nevada Secretary of State is attached to this Information Statement as Exhibit A.

PURPOSE OF THE REDUCTION OF AUTHORIZED COMMON SHARES

The Company filed a Certificate of Change with the State of Nevada on September 17, 2012 that will be effective October 2, 2012. The Certificate of Change increased both the outstanding common shares and the authorized common shares by a multiple of 560 to 1. This was done to increase the outstanding common shares to provide for more liquidity in the stock market. However, the Company believes that the resulting increase of authorized shares to 280,000,000,000 is unmanageable and the authorized shares need to be reduced to 900,000,000. Additionally, this reduction of authorized shares will substantially reduce the annual filing fees that are paid in the state of Nevada.

The Board of Directors approved the Amendment to further the Company's best interest to have sufficient authorized but unissued shares of common shares available in order to provide (a) flexibility for future corporate action; (b) raise additional capital by issuing additional shares of Common Stock or granting warrants for the future purchase of Common Stock; (c) the need to grant additional options to purchase Common Stock to attract qualified employees and consultants; and (d) the need to issue additional shares of common stock or securities convertible into Common Stock in connection with strategic corporate transactions, acquisitions, and other business arrangements and corporate purposes, is desirable to avoid repeated separate amendments to our Articles of Incorporation and the delay and expense incurred in amending the Articles of Incorporation.

EFFECTIVE DATE OF AMENDMENT

The Amendment to our Articles of Incorporation will become effective upon the filing with the Nevada Secretary of State of a Certificate of Amendment to our Articles of Incorporation. We intend to file the Certificate of Amendment twenty-one days after this Information Statement is first mailed to shareholders.

EFFECT ON CERTIFICATES EVIDENCING SHARES OF MOVIE TRAILER GALAXY, INC.

The change in the name of Movie Trailer Galaxy, Inc. to Brookfield Resources Inc. will be reflected in its stock records by book-entry in Movie Trailer Galaxy, Inc.'s books. For those shareholders that hold physical certificates, please do not destroy or send to Movie Trailer Galaxy, Inc. your common stock certificates. Those certificates will remain valid for the number of shares shown thereon, and should be carefully preserved by you.

There will be no other effect on your rights or interest in shares of the Company that you hold. There are no material US Federal Income Tax consequence to either the Company or its shareholders from the Amendment.

VOTING SECURITIES

As of September 26, 2012, the Company's authorized capital consisted of 500,000,000 shares of Common Stock, $0.0001 par value, and 10,000,000 shares of Preferred Stock, par value $0.0001. As of September 26, 2012 there were 1,780,985 common shares outstanding. No preferred shares are outstanding.

The holders of Common Stock are entitled to one vote for each share held of record on all matters submitted to a vote of the holders of Common Stock. Subject to preferences applicable to any outstanding preferred stock, if any, holders of Common Stock are entitled to receive ratably such dividends as may be declared by the Board of Directors out of funds legally available therefore. In the event of a liquidation, dissolution or winding up of Movie Trailer Galaxy, Inc., the holders of Common Stock are entitled to share ratably all assets remaining after payment of liabilities and the liquidation preference of any preferred stock, if any. Holders of Common Stock have no preemptive or subscription rights, and there are no redemption or conversion rights with respect to such shares.

In the event of any liquidation, dissolution or winding up of Movie Trailer Galaxy, Inc., the assets of Movie Trailer Galaxy, Inc. available for distribution to shareholders will be distributed among the holders of preferred stock, if any, and the holders of any other class of equity securities of Movie Trailer Galaxy, Inc., including its common stock, pro rata, on an as-converted-to-common-stock basis, after the payment to the holders of Movie Trailer Galaxy, Inc. Common Stock of a di minimus par value amount.

DIRECTORS AND EXECUTIVE OFFICERS

The following lists the name, age and business experience of the Movie Trailer Galaxy, Inc. director and executive officer.

| Name | Age | Position |
|------|-----|----------|
| Robert S. Roon | 52 | Chief Executive Officer, President, Chief Financial Officer ,Secretary, Treasurer and Director |

**Robert S. Roon, Chief Executive Officer, President, Chief Financial Officer, Secretary, Treasurer and Director, Age 52,   Mr Robert S. Roon 52,** Chairman and Chief Executive Officer of Vertical Communications LLC, for the past 5 years. Vertical Communications is an Investment banking, social media company with offices in Florida and New Jersey. Mr. Roon has over 30 years of experience in the investment banking industry.

**Director Compensation.** Directors are reimbursed for expenses incurred by attending Board of Directors' meetings. They are not currently paid any other compensation for their services on the Board. The Company has entered into an indemnification agreement with the director.

DISCLOSURES

The Company is not aware of any current substantial interest, direct or indirect, by security holdings or otherwise, of: i) any of the Company's current or prior officers or directors, ii) any nominee for election as a director of the Company, or iii) any associate of the persons mentioned in subsections i) and ii) above.

The Company's sole director has voted in favor of the actions.

SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS

   The following table sets forth certain information regarding the Company's common stock beneficially owned on September 26, 2012, for (i) each stockholder known to be the beneficial owner of 5% or more of Company's outstanding common stock, (ii) each executive officer and director, and (iii) all executive officers and directors as a group.  In general, a person is deemed to be a "beneficial owner" of a security if that person has or shares the power to vote or direct the voting of such security, or the power to dispose or to direct the disposition of such security. A person is also deemed to be a beneficial owner of any securities of which the person has the right to acquire beneficial ownership within 60 days.

   As of September 26, 2012, the Company has 1,780,985 shares of common stock outstanding.

| Name of Beneficial Owner | Amount | Percent |
| --- | --- | --- |
| Robert Roon | 1,500,000 | 84.2% |
| All Executive Officers and Directors As a Group (1 persons) | 1,500,000 | 84.2% |

## COPIES OF INFORMATION STATEMENT

Only one Information Statement is being delivered to multiple security holders sharing an address unless we have received contrary instructions from one or more of the security holders.  We hereby undertake promptly to deliver, upon written or oral request, a separate copy of this Information Statement to a security holder at a shared address to which a single copy of the Information Statement was delivered.  In order to request additional copies of this Information Statement or to request delivery of a single copy of this Information Statement if you are receiving multiple copies, please contact us by mail at 5045 Orbitor Drive, Building 10, Suite 200, Mississauga, Ontario, Canada L4W 4Y4.

## ADDITIONAL INFORMATION

We file annual reports on Form 10-K, quarterly reports of Form 10-Q, current reports on Form 8-K or Form 8-K/A, proxy statements and other information with the SEC under the Exchange Act.  You may read and copy this information at the SEC's Public Reference Room at 100 F Street, NE, Washington, D.C. 20549.  Please call the SEC at (800) 732-0330 for further information on the operation of the SEC's Public Reference Room.  The SEC also maintains an internet site that contains reports, proxy statements and other information about issuers, like us, who file electronically with the SEC.  The address of the SEC's web site is www.sec.gov.

The following documents as filed with the Commission by the Company are incorporated herein by reference:

Quarterly Report on Form 10-Q for the quarter ended February 28, 2011
Quarterly Report on Form 10-Q for the quarter ended May 31, 2011
Annual Report on Form 10-K for the year ended August 31, 2012
Quarterly Report on Form 10-Q for the quarter ended November 30, 2011
Quarterly Report on Form 10-Q for the quarter ended February 29, 2012
Quarterly Report on Form 10-Q for the quarter ended May 31, 2012
Post-Effective Amendment dated September 4, 2012

By Order of the Board of Directors,

/s/ *Matteo Sacco*
Matteo Sacco
Chief Executive Officer and Director
Dated: October 22, 2012

**EXHIBIT A**
**Amended Articles of Incorporation**

**Certificate of Amendment to Articles of Incorporation**
**For Nevada Profit Corporations**

**(Pursuant to NRS 78.385 and 78.390 - After Issuance of Stock)**

**1. Name of corporation:**

Movie Trailer Galaxy, Inc.

**2. The articles have been amended as follows: (provide article numbers, if available)**

Article 1.  The name of the corporation shall be Brookfield Resources Inc.

Article 3.  Authorized Shares

The aggregate number of shares which the Corporation shall have the authority to issue shall consist of 900,000,000 shares of Common Stock having a $0.0001 par value and 10,000,000 shares of Preferred Stock having $0.0001 par value.  The Common and/or Preferred Stock of the Corporation may be issued from time to time without prior approval of the shareholders.  The Common and/or Preferred Stock may be issued for such consideration as may be fixed from time to time by the Board of Directors.

The Board of Directors may issue such shares of Common and/or Preferred Stock in one or more series, with such voting powers, designations, preferences and rights or qualifications, limitations or restrictions thereof as shall be stated in the resolution or resolutions.

**3. The vote by which the stockholders holding shares in the corporation entitling them to exercise a least a majority of the voting power, or such greater proportion of the voting power as may be required in the case of a vote by classes or series, or as may be required by the provisions of the articles of incorporation have voted in favor of the amendment is:** 82%

**4. Effective date and time of filing: (optional)**

**5. Signature: (required)**

_____
Signature of Officer