O

# United States District Court
# Central District of California

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>IMRAN HUSAIN and GREGG EVAN JACLIN,<br><br>    Defendants. | Case No. 2:16-cv-03250-ODW(E)<br><br>**ORDER RE SCHEDULING** |

On May 15, 2017, the parties filed a Federal Rule of Civil Procedure 26(f) Report. (ECF No. 55.) In that report, Defendants indicate there is a parallel criminal investigation being conducted by the U.S. Attorney's Office in San Francisco of which they are "possible targets or subjects of investigation." (Joint Rpt. 6, ECF No. 55.) With this in mind, Defendants believe discovery in this case might implicate their rights and privileges under the Fifth Amendment of the Constitution and should thus be delayed. (*Id.*) Defendants indicate that they intend to file a motion to stay on these grounds. (*Id.*)

After considering Defendants' statements in the Joint Report, the Court will not issue a scheduling order at this time. Defendants shall submit any motion to stay to

the Court on or before June 15, 2017.  Failure to submit a motion to stay on or before that date will result in the issuance of a scheduling order without further notice.  The May 22, 2017 scheduling conference (ECF No. 47) is hereby vacated and taken off calendar.

**IT IS SO ORDERED**.

May 16, 2017

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**