AMY JANE LONGO, Cal. Bar No. 198304
E-mail: LongoA@sec.gov
ROBERTO A. TERCERO, Cal. Bar No. 143760
E-mail: TerceroR@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  2:16-cv-03250-ODW (Ex) |
| Plaintiff, | **SEC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| vs. | Date:          June 15, 2020<br>Time:          1:30 p.m.<br>Ctrm:          5D<br>Judge:         Hon. Otis D. Wright, II |
| IMRAN HUSAIN and GREGG EVAN JACLIN, | |
| Defendants. | Pretrial Conference:   08/24/2020<br>Trial Date:               09/22/2020 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on June 15, 2020, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Otis D. Wright, II, 350 W. 1st Street, 5th Floor, Courtroom 5D, Los Angeles, CA 90012, Plaintiff Securities and Exchange Commission ("SEC") will and hereby does move the Court for summary judgment on all of its claims against Defendant Imran Husain ("Husain").  This motion is made following the conference of counsel pursuant to C.D. Cal. L.R. 7-3, which took place on May 4, 2020.

The undisputed facts establish that Husain operated an illegal shell factory, pursuant to which he created and sold sham public companies, in unregistered securities transactions, pursuant to a long-running pattern of material misstatements and deceptive conduct.  By this conduct, Husain violated:  (1) the registration provisions of Section 5(a) and 5(c) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. §§ 77e(a), 77e(c)]; (2) the antifraud provisions of Section 17(a) of the Securities Act [15 U.S.C. § 77q(a)]; (3) the antifraud provisions of Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5].  In the alternative, Husain aided and abetted others' violations of these registration and antifraud provisions, and is liable as a control person of the shell companies for their Exchange Act violations under Section 20(a) of the Exchange Act [15 U.S.C. § 78t(a)].  Husain also aided and abetted the shell companies' violations of the reporting provisions of Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)], and Rules 12b-20, 15d-1 and 15d-13 thereunder [17 C.F.R. §§ 240.12b-20, 240.15d-1, 240.15d-13].

Accordingly, the SEC respectfully requests that the Court grant its motion for summary judgment and issue a Final Judgment permanently enjoining Husain from violating the federal securities laws, ordering disgorgement of ill-gotten gains with prejudgment interest and a civil penalty, and barring Husain from participating in the offer or sale of penny stocks and from serving as an officer or director of a public

company.

       This motion is based on this Notice of Motion and Motion, the SEC's Memorandum of Points & Authorities; the Declaration of Amy Jane Longo and the attached exhibits, together with the files and records of this entire case and any evidence and/or argument that may be adduced at a hearing held by the Court on this motion.

Dated:  May 11, 2020

Respectfully submitted,

*/s/ Amy Jane Longo*

Amy Jane Longo
Roberto A. Tercero
Attorneys for Plaintiff
Securities and Exchange Commission

## **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On May 11, 2020, I caused to be served the document entitled **SEC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** on all the parties to this action addressed as stated on the attached service list:

☐    **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐    **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐    **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐    **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐    **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐    **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒    **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐    **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  May 11, 2020

/s/ Amy Jane Longo
Amy Jane Longo

1

**SEC v. IMRAN HUSAIN and GREGG EVAN JACLIN**
**United States District Court—Central District of California**
**Case No. 2:16-cv-03250-ODW (Ex)**

## SERVICE LIST

George B. Newhouse, Jr., Esq.
RICHARDS CARRINGTON, LLC
545 S. Figueroa Street, Seventh Floor
LA, CA 90012
T/213-798-6387
F/303-962-2691
george@richardscarrington.com
*Attorney for Defendant Imran Husain*